**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-2461

JOHNNY MICHAEL PERRY,

Plaintiff - Appellant,

versus

BARB MORRONE; JUANITA STATEN; RICHARD PERRY;
RIC MORRONE; MABEL SMITH; WAYNE COUNTY
SHERIFF'S DEPARTMENT; CITY OF KENOVA, WEST
VIRGINIA; JIM PERRY; DAVID PERRY; DOROTHY
PERRY; MILDRED MITCHELL-BATEMAN HOSPITAL,

Defendants - Appellees.

Appeal from the United States District Court for the Southern
District of West Virginia, at Huntington. Robert C. Chambers,
District Judge. (CA-04-792; CA-04-793; CA-04-794; CA-04-795;
CA-04-796; CA-04-797; CA-04-798; CA-04-799; CA-04-810; CA-04-1080;
CA-04-1111)

Submitted: March 10, 2005          Decided: March 14, 2005

Before LUTTIG, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Johnny Michael Perry, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Johnny Michael Perry appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his civil actions. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Perry v. Morrone, Nos. CA-04-792; Ca-04-793; CA-04-794; CA-04-795; CA-04-796; CA-04-797; CA-04-798; CA-04-799; CA-04-810; CA-04-1080; CA-04-1111 (S.D.W. Va. filed Nov. 3, 2004; entered Nov. 4, 2004 and Nov. 5, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED